

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 12, 2026

**BY ECF AND EMAIL**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Mathews et al.*, S1 24 Cr. 630 (LGS)
              *SEC v. Mathews et al.*, 26 Civ. 693 (JPC)

Dear Judge Schofield and Judge Cronan:

    The Government respectfully submits this letter to inform each Court that *United States v. Mathews et al.*, S1 24 Cr. 630 (LGS) and *SEC v. Mathews* et al., 26 Civ. 693 (JPC) arise from the same underlying circumstances. Specifically, both the indictment and the complaint allege a scheme by the defendants to, among other things, fraudulently inflate the revenue of Near Intelligence, Inc., and each trial will involve proof of substantially similar facts.

    Given the significant overlapping facts, and because a conviction on the indictment would substantially narrow or resolve the issues in the civil case, the Government will promptly seek a stay of the civil matter pending resolution of the criminal matter and request an expeditious trial in the criminal case so as to minimize any delay to the civil matter.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

By:    /s/
    Nicholas W. Chiuchiolo / Allison Nichols
    Assistant United States Attorneys
    (212) 637-1247 / -2366

cc: all counsel of record (by ECF)