

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

April 23, 2026

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

   **Re:**  *United States v. Mathews et al.*, **S1 24 Cr. 630 (LGS)**

Dear Judge Schofield:

  The Government respectfully writes in response to the Court's Order of April 22, 2026 with an update concerning the status of defendant Anil Mathews's extradition. The Government understands from the Department of Justice's Office of International Affairs, the U.S. Marshals, and Mr. Mathews's defense attorneys that his flight from France has been scheduled for next week.[1] He is expected to arrive in the Southern District of New York no later than May 1, 2026.

       Respectfully submitted,

       JAY CLAYTON
       United States Attorney

   By: _____
       Nicholas Chiuchiolo / Allison Nichols
       Assistant United States Attorneys
       Southern District of New York
       Tel: (212) 637-1247 / 2366

Cc: All Counsel (via ECF and email)

---

[1] For operational security reasons, the U.S. Marshals request that the exact date and time of the flight not be filed publicly.