UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                    :
:
:          24 Cr. 630 (LGS)
-against-                      :
:                ORDER
:
ANIL MATHEWS, RAHUL AGARWAL, AND :
KENNETH HARLAN,                              :
Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated April 21, 2026 (the "April 21 Order") required the

Government to file a letter with any new information regarding the status of Defendant

Mathews's extradition by April 24, 2026.  (Dkt. 40).

WHEREAS, the April 21 Order required the Government and Defendant Harlan to file a

joint letter proposing a pre-trial schedule by April 29, 2026.

WHEREAS, on April 23, 2026, the Government filed a letter stating that Mathews is

expected to arrive in the Southern District of New York by May 1, 2026.  (Dkt. 41).  It is hereby

**ORDERED** that the parties' deadline to file a joint letter regarding trial dates is

**ADJOURNED** from April 29, 2026, to **May 15, 2026**.  The Government shall confer with

counsel for both Harlan and Mathews about the trial date.  The parties shall file a joint letter

proposing a pre-trial schedule, including expert disclosure and discovery, and setting forth their

mutual availability for a three-week trial on dates between September 2026 and the end of

December 2026.

Dated:  April 27, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE