UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

ANIL MATHEWS et al.,

Defendants.

------------------------------------------------------------X

24 Cr. 630 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the pretrial conference currently scheduled for November 3, 2026, is rescheduled to **November 2, 2026, at 4:00 pm**. All parties shall attend.

Dated: October 27, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**