UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>-against-<br>ANIL MATHEWS, RAHUL AGARWAL AND KENNETH HARLAN,<br>Defendants. | 24 Crim. 630 (LGS)<br>ORDER |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, in light of the adjournment of the trial of Defendants Mathews and Harlan to February 1, 2027, the parties submitted proposed modifications to the deadlines currently established at Dkt. Nos. 74 and 87. It is hereby

**ORDERED** that the previous deadlines are replaced with the following:

- **Government's expert disclosures to Mathews:** November 6, 2026
- **Mathews's pre-trial motions:** November 11, 2026
- **Advice/presence of counsel notice:** November 23, 2026
- **Mathews's expert disclosures:** November 23, 2026
- **Opposition to Mathews's pre-trial motions:** November 24, 2026
- **Reply to Mathews's pre-trial motions:** December 1, 2026
- **All parties' rebuttal expert disclosures:** December 2, 2026
- ***Daubert* motions:** December 11, 2026
- ***Daubert* oppositions:** December 22, 2026
- **Government exhibits, demonstrative aids and index:** December 28, 2026
- **Defense exhibits, demonstrative aids and index:** December 30, 2026
- ***In limine* motions:** January 4, 2027
- **Joint statement and proposed *voir dire*, requests to charge and verdict sheet:** January 8, 2027
- ***In limine* oppositions:** January 11, 2027
- **Joint letter regarding any unresolved objections to exhibits and demonstrative aids:** January 13, 2027
- **Section 3500 Disclosures:** January 20, 2027
- **Final pretrial conference:** January 26, 2027, at 11:00 AM

- **Rule 26.2 materials for proposed defense expert witnesses:** January 28, 2027
- **Rule 26.2 materials for all other defense witnesses:** One week before defense case begins

The Clerk of Court is respectfully directed to move the final pretrial conference currently scheduled for January 12, 2027, to January 26, 2027.

Dated: November 5, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**